413 A.2d 1130

Commonwealth v. Daniel, Appellant.

Submitted March 29, 1978.   Frank J. Marcone, for appellant; Louise G. Herr, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.